No. 00–7813. SCHWARTZ v. PENNSYLVANIA. Super. Ct. Pa.;

No. 00–8023. RICE v. CITY OF OAKLAND ET AL. C. A. 9th Cir.; and

No. 00–8532. PALMIERI v. UNITED STATES ET AL. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 9, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–7895. IN RE RETTIG. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of common-law certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 00–904. IN RE MCKENZIE;

No. 00–7490. IN RE EVANS;

No. 00–8631. IN RE JACKSON ET AL.;

No. 00–8676. IN RE MERRITT; and

No. 00–8690. IN RE SAMUEL. Petitions for writs of habeas corpus denied.

No. 00–1143. IN RE LEJANO ET AL.;

No. 00–8401. IN RE TACKETT;

No. 00–8415. IN RE HARRISON; and

No. 00–8427. IN RE METTETAL. Petitions for writs of mandamus denied.